UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BLANCHE L. BOLUFFER,

    Plaintiff,

v.                                         CASE NO. 3:23-cv-1219-HES-JBT

10 ROADS EXPRESS, LLC,

    Defendant.
_____/

## O R D E R

This matter is before this Court on a "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14).

Accordingly, it is **ORDERED**:

1. Based on Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the "Joint Stipulation of Dismissal with Prejudice" (Dkt. 14) is **GRANTED**, and this action is **dismissed with prejudice**, with each party to bear their own attorneys' fees and costs; and

2. Because the sole defendant has been dismissed from this action, the Clerk will terminate all pending motions and close this file.

**DONE AND ORDERED** at Jacksonville, Florida, this ___1st___ day of _November_, 2024.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Jason William Imler, Esq.
Alberto Estuardo Gonzalez, Esq.
J. Scott Hudson, Esq.